1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   SHARON STEINER,                          Case No.  CV 14-04266-DMG (SHx)

12                   Plaintiff,               ORDER OF  DISMISSAL [27]

13   v.

14   LIBERTY LIFE ASSURANCE
     COMPANY OF BOSTON; and DOES
15   1 to 10, inclusive

16                   Defendant.

17

18

19          In accordance with the Parties' stipulation, the above-captioned action shall

20   be, and hereby is, dismissed in its entirety with prejudice as to all parties and

21   claims.  Each party shall bear her or its own fees and costs, except defendant has

22   agreed to pay one half of the mediator's fee.

23          **IT IS SO ORDERED.**

24   DATED:  December 16, 2014                 _____
                                               DOLLY M. GEE
25                                             UNITED STATES DISTRCT JUDGE

26

27

28